Conrad V. Sison (SBN 217197)
csison@lockelord.com
Deleyla A. Lawrence (SBN: 284562)
deleyla.lawrence@lockelord.com
LOCKE LORD LLP
300 South Grand Avenue, Suite 2600
Los Angeles, California 90071
Telephone: 213-485-1500
Facsimile: 213-485-1200

Attorneys for Defendants
SELECT PORTFOLIO SERVICING, INC.; U.S. BANK NA, SUCCESSOR TRUSTEE TO BANK OF AMERICA, NA, SUCCESSOR IN INTEREST TO LASALLE BANK NA, AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE WAMU MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-HY6 (erroneously sued as "US BANK, N.A.")

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULINO F. SEGURA<br><br>              Plaintiff,<br><br>  v.<br><br>SELECT PORTFOLIO SERVICING, INC.; US BANK, N.A.; JPMORGAN CHASE BANK, N.A.; and DOES 1 through 50, inclusive,<br><br>              Defendants. | CASE NO. 8:16-cv-01571-JLS-FFM<br><br>**CERTIFICATION OF INTERESTED PARTIES**<br><br>[Removed from Superior Court of California, County of Orange – Case No. 30-2016-00865579-CU-OR-CJC]<br><br>Complaint Filed: July 21, 2016 |

1

CERTIFICATION OF INTERESTED PARTIES

Locke Lord LLP
300 South Grand Avenue, Suite 2600
Los Angeles, CA 90071

**TO THE CLERK OF THE ABOVE-ENTITLED COURT, ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Defendants Select Portfolio Servicing, Inc. ("SPS") and U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, as trustee, on behalf of the holders of the WaMu Mortgage Pass-Through Certificates, Series 2007-HY6 (erroneously sued as "US Bank, N.A.") ("U.S. Bank as Trustee") (collectively, "Defendants") hereby provide notice of any known parties which may have a pecuniary interest in the outcome of the case.

The undersigned, counsel of record for Defendants, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Plaintiff Paulino F. Segura;

2. Defendant SPS is a wholly-owned subsidiary of SPS Holding Corp. ("SPSHC"), a Delaware corporation. SPSHC is wholly owned by Credit Suisse (USA), Inc. Credit Suisse (USA), Inc. is a wholly-owned subsidiary of Credit Suisse Holdings (USA), Inc., which is a jointly-owned subsidiary of (1) Credit Suisse AG and (2) Credit Suisse Group AG, Guernsey Branch, which is a branch of Credit Suisse Group AG. Credit Suisse AG has publicly registered debt securities and warrants in the United States and elsewhere. Credit Suisse AG is a wholly-owned subsidiary of Credit Suisse Group AG, which is a corporation organized under the laws of the Country of Switzerland and whose shares are publicly traded on the SIX Swiss Exchange and are also listed on the New York Stock Exchange in the form of American Depository Shares. No other publicly held company owns 10 percent or more of the stock of Select Portfolio Servicing, Inc.;

3. Defendant U.S. Bank as Trustee.  U.S. Bancorp, a parent company of U.S. Bank National Association, is a publicly traded company.;

4. Defendant JPMorgan Chase Bank, N.A.

Dated:  October 14, 2016

Respectfully submitted,

LOCKE LORD LLP

By: */s/ Deleyla A. Lawrence*
    Conrad V. Sison
    Deleyla A. Lawrence
Attorneys for Defendants SELECT PORTFOLIO SERVICING, INC.; U.S. BANK NA, SUCCESSOR TRUSTEE TO BANK OF AMERICA, NA, SUCCESSOR IN INTEREST TO LASALLE BANK NA, AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE WAMU MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-HY6 (erroneously sued as "US BANK, N.A.")